UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 15-CV-21526-WILLIAMS

DEREK NEGRON,

    Plaintiff,

vs.

BAYROCK MORTGAGE CORPORATION;
THE BANK OF NEW YORK AS TRUSTEE
FOR SECURITIZED TRUST HARBORVIEW,
MORTGAGE LOAN TRUST 2006-CBI;
GREENWICH CAPITAL FINANCIAL
PRODUCTS, INC.; and GREENWICH
CAPITAL ACCEPTANCE, INC.,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon a *sua sponte* review of the record. On April 23, 2015, Defendants Greenwich Capital Acceptance Inc. and Greenwich Capital Financial Products, Inc. (the "Greenwich Defendants") removed this case from state court. (DE 1.) Pursuant to the Court's June 26, 2015 Order (DE 20), the Parties were required to file a scheduling report on July 15, 2015. On July 15, 2015, the Greenwich Defendants filed a unilateral scheduling report because their counsel never received a response from Plaintiff's counsel regarding the Greenwich Defendants' proposed scheduling order. (DE 21.)

On July 17, 2015, the Court entered an order for Plaintiff to show cause as to why this case should not be dismissed or sanctions should not be imposed for failure to comply with the Court's order. (DE 22.) Plaintiff's response to the Court's order was

due on July 23, 2015. (*Id.*)  To date, Plaintiff has not filed any response to the Court's July 17, 2015 order to show cause.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED** for failure to comply with an order of the Court.  The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 14 day of August, 2015.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE